**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| R. WRIGHT BREWER and TINA L. BREWER,<br><br>    Plaintiffs,<br><br>v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>    Defendant. | No. 2:18-CV-00170-JRG-RSP |

**ORDER**

Having considered Plaintiffs' Agreed Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss [Dkt. # 11], the Court **GRANTS** the motion. Plaintiff may respond to Defendant's motion through and including July 20, 2018.

**SIGNED this 11th day of July, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE