# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BREWER ET AL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 2:18-CV-00170-JRG-RSP |
| v. | § | |
| | § | |
| LUTRON ELECTRONICS CO., INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JUDGMENT

Before the Court is the Report & Recommendation (Dkt. No. 40), which recommends that Defendant Lutron Electronics Co., Inc.'s Motion to Dismiss (Dkt. No. 22) be granted. Plaintiffs Tina Brewer and R. Wright Brewer filed an Objection to the Report and Recommendation (Dkt. No. 44), and Defendant filed a Response to that Objection (Dkt. No. 45).

Having reviewed the record *de novo*, the Court concludes that the Report & Recommendation is correct and is hereby ADOPTED. Accordingly, Defendant's Motion to Dismiss (Dkt. No. 22) is GRANTED and this action is DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 12th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE